RECEIVED

JAN 28 2008
JAN 28 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

PEDRO DIAZ

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

GOVERNOR ROD R. BLAGOJEVICH

DIRECTOR ROGER E. WALKER JR.

WARDEN D... BATAGLIA

WARDEN TERRY McCANN

ASST. WARDEN DOMINGUEZ

MELODY J. FORD

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

08CV606
JUDGE MAROVICH
MAGISTRATE JUDGE NOLAN

Case
(To be supplied by the Clerk of this Court)

TAMMY GARCIA

AMI WORKMAN

B... BARNES

CHECK ONE ONLY:

✓   COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
    U.S. Code (state, county, or municipal defendants)

___ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
    28 SECTION 1331 U.S. Code (federal defendants)

___ OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I. **Plaintiff(s):**

A. Name: PEDRO DIAZ

B. Date of Birth: MAY 4, 1967

C. List all aliases: PETE DIAZ, JOSE DIAZ

D. Prisoner identification number: B46669

E. Place of present confinement: PONTIAC CORRECTIONAL CENTER

F. Address: P.O. BOX 99 PONTIAC, IL 61764

(If there is more than one plaintiff, then each plaintiff must list his or her name, date of birth, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: ROD R. BLAGOJEVICH

   Title: GOVERNOR OF THE STATE OF ILLINOIS

   Place of Employment: 100 W. RANDOLPH ST. CHICAGO, IL 60120

B. Defendant: ROGER E. WALKER JR.

   Title: DIRECTOR OF THE ILLINOIS DEPARTMENT OF CORRECTIONS

   Place of Employment: 1301 CONCORDIA COURT SPRINGFIELD, IL.

C. Defendant: TERRY McCANN

   Title: WARDEN OF STATEVILLE CORRECTIONAL CENTER

   Place of Employment: STATEVILLE C.C. P.O. BOX 112 JOLIET, IL

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 5/2007

DEFENDANT(S)

D. DEFENDANT: D... BATAGLIA

TITLE: (FORMER) WARDEN OF STATEVILLE CORRECTIONAL CENTER.

PLACE OF EMPLOYMENT: STATEVILLE C.C. P.O. BOX 112 JOLIET, IL

E. DEFENDANT: DOMINGUEZ

TITLE: ASSISTANT WARDEN OF STATEVILLE CORRECTIONAL CNTR.

PLACE OF EMPLOYMENT: STATEVILLE C.C. P.O. BOX 112 JOLIET, IL.

F. DEFENDANT: MELODY J. FORD

TITLE: (UNKNOWN)

PLACE OF EMPLOYMENT: ILLINOIS DEPARTMENT OF CORRECTIONS

G. DEFENDANT: TAMMY GARCIA

TITLE: GRIEVANCE OFFICER

PLACE OF EMPLOYMENT: STATEVILLE CORRECTIONAL CENTER

H. DEFENDANT: AMI WORKMAN

TITLE: GRIEVANCE OFFICER

PLACE OF EMPLOYMENT: STATEVILLE C.C. P.O. BOX 112 JOLIET, IL.

I. DEFENDANT: B... BARNES

TITLE: (ACTING) COUNSELOR

PLACE OF EMPLOYMENT: STATEVILLE C.C. P.O. BOX 112 JOLIET, IL

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

   A. Name of case and docket number: PEDRO DIAZ V. ROSARIO (ADDITIONAL INFORMATION UNAVAILABLE AT PRESENT)

   B. Approximate date of filing lawsuit: AUGUST 2002

   C. List all plaintiffs (if you had co-plaintiffs), including any aliases: — NONE —

   D. List all defendants: LIEUTENANT ROSARIO (THREE ADDITIONAL DEFENDANTS, NAMES UNAVAILABLE AT THIS TIME)

   E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

   F. Name of judge to whom case was assigned: (UNKNOWN AT PRESENT TIME)

   G. Basic claim made: EXCESSIVE FORCE

   H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): OUT-OF-COURT SETTLEMENT ($2,000)

   I. Approximate date of disposition: MAY 2005

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

## III. a.

A. NAME OF CASE AND DOCKET NUMBER: PEDRO DIAZ V. STATE OF ILLINOIS

B. APPROXIMATE DATE OF FILING LAWSUIT: NOVEMBER 2004

C. CO-PLAINTIFFS: — NONE —

D. LIST ALL DEFENDANTS: STATE OF ILLINOIS

E. COURT IN WHICH LAWSUIT WAS FILED: ILLINOIS COURT OF CLAIMS

F. NAME OF JUDGE: (UNKNOWN AT THIS TIME)

G. LOSS OF PROPERTY

H. DISPOSITION OF CASE: OUT-OF-COURT SETTLEMENT (20.00)

I. APPROXIMATE DATE OF DISPOSITION: JULY 2005

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

(BECAUSE STATEVILLE CORRECTIONAL CENTER REFUSES TO FORWARD PLAINTIFFS LEGAL BOXES — WHICH CONTAIN THE GRIEVANCES WHICH ARE THE BASIS OF THIS CLAIM — PLAINTIFF IS UNABLE TO INCLUDE ALL THE NAMES, DATES AND OTHER CRITICAL INFORMATION, IN THIS STATEMENT)

I. IN FEBRUARY, 2006, PLAINTIFF WAS ACCUSED OF ASSAULTING A GUARD AT STATEVILLE CORRECTIONAL CENTER. PLAINTIFF WAS TAKEN TO THE SEGREGATION UNIT TO BE PLACED IN CONFINEMENT PENDING A HEARING. PRIOR TO BEING ADMITTED INTO THE SEGREGATION UNIT, PLAINTIFF WAS FORCED TO UNDERGO A DRUG TEST. TWO INMATES WHO WERE BEING ADMITTED INTO THE SEGREGATION UNIT FOR POSESSION OF DRUGS OR DRUG PARAPHERALIA WERE **NOT** FORCED TO UNDERGO THE DRUG TESTING. PLAINTIFF WAS TOLD THAT THE GUARDS WERE LOOKING FOR A CELL FOR PLAINTIFF AND SOME TIME LATER, PLAINTIFF WAS PLACED IN A CELL WHICH HAD A BROKEN TOILET, AND THE BOWL WAS FILLED WITH URINE

AND FECES. PLAINTIFF WAS FORCED TO LIVE IN THIS CELL FOR ABOUT TWO WEEKS. PLAINTIFF SPENT TWENTY-FOUR HOURS A DAY IN THE CELL AND EVEN HAD TO EAT IN A CELL WHICH HAD A TOILET FULL OF URINE AND FECES. THE NEXT FEW DAYS, ~~~~~~~~ PLAINTIFFS PROPERTY WAS BROUGHT TO HIM AND HIS TYPEWRITER, HEADPHONES AND OTHER STUFF WAS BROKEN OR MISSING. PLAINTIFF FILED A GRIEVANCE AND THE LIEUTENANT THAT PLAINTIFF NAMED IN THE GRIEVANCE, CAME TO PLAINTIFFS CELL AND THREATENED PLAINTIFF. PLAINTIFF ASKED FOR AN INVESTIGATION AND AN INVESTIGATOR AT STATEVILLE C.C. TOLD PLAINTIFF THAT THE LIEUTENANT PROBABLY WOULDN'T RETALIATE AGAINST PLAINTIFF. WHEN PLAINTIFF WENT TO THE HEARING ABOUT THE ALLEGED ASSAULT, PLAINTIFF WAS NOT ALLOWED TO SPEAK IN HIS DEFENSE. PLAINTIFF WAS FOUND GUILTY AND SENTENCED TO THREE MONTHS IN SEGREGATION. DURING THE THREE MONTHS PLAINTIFF FILED SEVERAL GRIEVANCES COMPLAINING ABOUT: BROKEN WINDOWS IN HIS CELL WHICH LET FREEZZING COLD WIND IN, FALLING DOWN A FLIGHT OF STAIRS WHILE PLAINTIFF WAS HANDCUFFED

WITH HIS HANDS BEHIND HIS BACK AND UNABLE TO PROTECT HIMSELF, THEN BEING DENIED MEDICAL TREATMENT FOR INJURIES SUFFERED IN THE FALL. PLAINTIFF FILED A GRIEVANCE FOR BEING FORCED TO BE IN A YARD FOR FIVE HOURS WITH NO WATER OR TOILET FACILITIES. PLAINTIFF FILED A GRIEVANCE ABOUT HIS HEARING DURING WHICH HE WAS NOT ALLOWED TO DEFEND HIMSELF AND WAS NOT TOLD OF WITNESSES OR EVIDENCE AGAINST HIM. ALL OF THE GRIEVANCES HAVE GONE THROUGH THE ENTIRE ADMINISTRATIVE REMIDIES.

II. IN FEBRUARY OF 2006, PLAINTIFF WAS SENT TO SEGREGATION ACCUSED OF SEXUAL MISCONDUCT. PLAINTIFF ASKED FOR WITNESSES TO BE CALLED OR INTERVIEWED PRIOR TO THE HEARING BUT THE WITNESSES WERE NEVER CALLED. PLAINTIFF WAS SENTENCED TO ONE MONTH IN SEGREGATION DURING WHICH PLAINTIFF FILED SEVERAL GRIEVANCES ABOUT THE CONDITIONS OF THE SEGREGATION UNIT, INCLUDING: NOISE LEVEL, DIRTY FOOD TRAYS LEFT IN CELL ALL NIGHT, BEING FORCED TO SLEEP ON A FILTHY


MATTRESS OR A PLAIN STEEL BEDFRAME, BEING DENIED LEGAL PAPERS, BEING FORCED TO USE A MAKE-SHIFT LAW LIBRARY (A CELL WITH BOOKS) THAT HAD A BROKEN LIGHT AND A BROKEN TOILET FILLED WITH URINE AND FECES, LARGE HOLES IN THE SHOWER ROOM (A CELL) WHICH LET FREEZING COLD AIR BLOW IN ON INMATES WHILE THEY SHOWERED, UNSAFE JAIL CELLS, AND BEING ELECTROCUTED IN THE CELL. THERE ARE SEVERAL OTHER ISSUES THAT PLANTIFF WANTS TO RAISE BUT DOES NOT HAVE THE GRIEVANCES TO ACCURATELY STATE THE ISSUES. ALL THE GRIEVANCES WERE TIMELY FILED AND WENT THROUGH THE PROPER PROCEDURE TO EXHAUST ADMINISTRATIVE REMIDIES. I CANNOT NAME ALL THE PEOPLE RESPONSIBLE BECAUSE I DO NOT HAVE THE DISCIPLINARY REPORTS, OR OTHER DOCUMENTS BECAUSE STATEVILLE IS WITHHOLDING MY LEGAL BOXES. IT HAS BEEN OVER THREE MONTHS SINCE I LEFT STATEVILLE. I BELIEVE GOVERNOR ROD BLAGOJEVICH IS RESPONSIBLE BECAUSE HE APPOINTED AN UNQUALIFIED INEXPERIENCED INDIVIDUAL - ROGER E

Walker Jr. - to be Director of the Illinois Department of Corrections, strictly to gain political favor with minority voters. Also, Governor Blagojevich is required to visit the various institutions and is informed of the conditions of each facility and what grievances are filed in the facilities. Governor Blagojevich has the authority to make the neccessary changes at Stateville or order his subordinates to do so.

Director Roger E Walker Jr. is responsible because he appointed an unqualified, inexperienced individual - D. Bataglia - to be the Warden of Stateville Correctional Center. D. Bataglia's appointment as Warden was strictly racially motivated. The Governor and Director abused their priviaces and authority to hire/appoint individuals and their abuse of powers led to plaintiff suffering abuses at Stateville.

Warden(s) D. Bataglia and Terry McCann are responsible because each was responsible for conditions at Stateville and each ones

FAILURE TO PROPERLY TRAIN AND/OR SUPERVISE THEIR SUBORDINATES LED TO PLAINTIFF SUFFERING ABUSES AT STATEVILLE. EACH WARDEN - AT VARIOUS TIMES - ALSO SIGNED THE GRIEVANCES WHICH PLAINTIFF FILED WITHOUT ENSURING THAT THE ABUSES SUFFERED BY PLAINTIFF WERE CORRECTED. ASSISTANT WARDEN (    ) DOMINGUEZ IS RESPONSIBLE FOR ALSO FAILING TO SUPERVISE HIS SUBORDINATES.

MELODY J. FORD, TAMMY GARCIA, AMI WORKMAN, B. BARNES (AS WELL AS OTHERS TO BE NAMED) ARE RESPONSIBLE FOR FAILING TO PROPERLY ADDRESS PLAINTIFFS GRIEVANCES AND ENSURE THAT THE ISSUES RAISED BY THE PLAINTIFF WERE CORRECTED.

SEVERAL GUARDS AND LIEUTENANT ARE RESPONSIBLE FOR FALSIFYING DOCUMENT AGAINST PLAINTIFF AND CAUSING PHYSICAL, EMOTIONAL AND PSYCOLOGICAL HARM TO PLAINTIFF.

9

**V.     Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I WOULD LIKE THE COURT TO APPOINT AN ATTORNEY TO HELP ME GET A FAIR TRIAL SO I CAN BE COMPENSATED FAIRLY FOR MONTHS I WAS WRONGFULLY HELD IN SEG- REGATIO AND THE INHUMANE TREATMENT AND CONDITIONS I WAS FORCED TO ENDURE.

**VI.**   The plaintiff demands that the case be tried by a jury.   ☒ YES   ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __12__ day of __JANUARY__, 20__08__

_(signature)_
(Signature of plaintiff or plaintiffs)

PEDRO DIAZ
(Print name)

B46669
(I.D. Number)

P.O. BOX 99
PONTIAC, IL. 61764
(Address)

10

Revised 5/2007