

**PRISONER CASE**



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## Civil Cover Sheet

**FILED**

JAN 2 8 2008    NF
1-28-2008
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

| | |
|---|---|
| **Plaintiff(s):** PEDRO DIAZ | **Defendant(s):** ROD R. BLAGOJEVICH, etc., et al. |
| **County of Residence:** LIVINGSTON | **County of Residence:** |

**Plaintiff's Address:**

Pedro Diaz
B-46669
Pontiac - PON
P.O. Box 99
Pontiac, IL 61764

**Defendant's Attorney:**

Illinois Department of Corrections
100 West Randolph, Suite 4-200
Chicago, IL   60601

**Basis of Jurisdiction:**

☐ 1. U.S. Government Plaintiff

☑ 3. Federal Question
(U.S. gov't. not a party)

☐ 2. U.S. Government Defendant

☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

08CV606
JUDGE MAROVICH
MAGISTRATE JUDGE NOLAN

**Origin:**

☑ 1. Original Proceeding

☐ 2. Removed From State Court

☐ 3. Remanded From Appellate Court

☐ 4. Reinstated or Reopened

☐ 5. Transferred From Other District

☐ 6. MultiDistrict Litigation

☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** ☑ Yes    ☐ No

**Signature:** Q. E. Woodham    **Date:** 01/28/2008

Marovich     02C5651
feeds Mag. gp.