MHW

**FILED**

JAN 2 8 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s) PEDRO DIAZ

V.

Defendant(s) GOVERNOR ROD BLAGOJEVICH/
DIRECTOR ROGER E. WALKER JR.
WARDEN DIERE BATAGLIA
WARDEN TERRY McCANN ET. AL.

08CV606
JUDGE MAROVICH
MAGISTRATE JUDGE NOLAN

## MOTION FOR APPOINTMENT OF COUNSEL

[NOTE: Failure to complete all items in this form may result in the denial of the motion for appointment of counsel]

1. I, PEDRO DIAZ, declare that I am the (check appropriate box)
   [X] plaintiff   [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding:

   ASKED FAMILY TO TRY TO FIND A LAWYER TO HELP ME WITH THIS LAWSUIT.

3. In further support of my motion, I declare that (check appropriate box):

   [ ] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   [X] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   [X] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

   _[signature]_ B46669          P.O. BOX 99
   Movant's Signature             Street Address

   1-12-08                        PONTIAC, IL  61764
   Date                           City, State, ZIP

- 1 -

4. a.) I am currently confined in Pontiac Correctional Centers segregation unit, and will be in segregation until December 12, 2008.

b.) I was tranferred to Pontiac C.C. on October 10, 2007, and despite numerous request and grievances, Stateville Correctional Center refuses to forward plaintiff's legal documents which were being stored in Stateville's law library.

c.) Without the legal documents - which include the grievances, and responses to the grievances which are the basis for this action - plaintiff cannot properly prepare nor defend this action.

d.) The legal documents being withheld from plaintiff contain issues, facts and names of defendants, which need to be included (added) to this complaint.

-2-