TO: MAGISTRATE JUDGE
NAN NOLAN

FILED
MAR 10 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT



RE: PEDRO DIAZ v. ROD R. BLAGOJEVICH ETC., ET AL.
CASE # 08-C-0606

GREETINGS,

I RECENTLY FILED A CIVIL ACTION AND STATED THAT STATEVILLE CORRECTIONAL CENTER IS REFUSING TO SEND ME MY LEGAL DOCUMENTS. ON FEBRUARY 26, 2008, I RECIEVED THE LEGAL DOCUMENTS AND ASK FOR SIXTY DAYS TO REVIEW THEM TO SEE WHAT IS MISSING AND ADD THE OTHER NAMES AND ISSUES THAT I NEED TO ADD.

I HAVE ALSO WROTE TO THE
1) ILLINOIS STATE BAR ASSOSIATION
2) SEVENTH CIRCUIT BAR ASSOCIATION
3) TRIAL LAWYER SOCIETY
TO TRY TO GET A LAWYER TO HELP ME.

I STILL WOULD LIKE THE COURT TO APPOINT ME A LAWYER BECAUSE I AM IN SEGREGATION FOR THE NEXT YEAR AND NOT AT STATEVILLE WHERE ALL THIS TOOK PLACE.

/s/ P.D.

PEDRO DIAZ
B46669