UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
JUN 2 6 2008
JUN 26 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

PEDRO DIAZ,

    PLAINTIFF,

v.

ROD BLAGOJEVICH,
ET. ALL,

    DEFENDANT(S),

GEORGE M. MAROVICH
JUDGE PRESIDING

NAN NOLAN
MAGISTRATE JUDGE

CASE NO. 08-C-606

## MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT

    PLAINTIFF, PEDRO DIAZ #B46669, PURSUANT TO RULE 15(a) AND 19(a), FED. R. CIV. P., REQUEST LEAVE TO FILE A SECOND AMENDED COMPLAINT SEEKING TO INCLUDE SEVENTEEN ADDITIONAL DEFENDANTS.

    1) THE PLAINTIFFS ORIGINAL - AND FIRST AMENDED COMPLAINT, NAMED THIRTY-SEVEN DEFENDANTS, OF WHICH THE COURT DISMISSED ALL BUT FIVE DEFENDANTS.

2) PLAINTIFF CAN DEMONSTRATE THAT THE ADDITIONAL DEFENDANTS ARE A PARTY TO PLAINTIFF'S CLAIM. THE SECOND AMENDED COMPLAINT WILL REFLECT THE IDENTITY AND ACTIONS OF THE ADDITIONAL DEFENDANTS.

3) PLAINTIFF CAN DEMONSTRATE THAT THE ADDITIONAL DEFENDANTS AND ISSUES, PLAINTIFF SEEKS TO INCLUDE, ARE PART OF A SINGLE SERIES OF TRANSACTIONS OR OCCURRANCES. FED. R. CIV. P. 20(a).

4) PLAINTIFF IS NOT PERMITTED TO POSSESS ALL OF HIS LEGAL DOCUMENTS IN HIS CELL AND ONLY HAS ACCESS TO HIS EXCESS LEGAL DOCUMENTS ONCE EACH MONTH.

5) PLAINTIFF REQUEST THIRTY DAYS FROM TODAYS DATE, JUNE 20, 2008, TO PREPARE AND FILE HIS AMENDED COMPLAINT.

6) THIS COURT SHOULD GRANT LEAVE FREELY TO AMEND A COMPLAINT. FOMAN v. DAVIS, 371 U.S. 178, 182 (1962)

RESPECTFULLY SUBMITTED,

/s/ P.D.

PEDRO DIAZ #B46669
PLAINTIFF - PRO SE