# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | GEORGE M. MAROVICH | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 0606 | **DATE** | 7/1/2008 |
| **CASE TITLE** | Pedro Díaz (#B-46669) vs. Rod R. Blagojevich, et al. | | |

**DOCKET ENTRY TEXT:**

The plaintiff's motion for leave to file a second amended complaint (#14) is denied, without prejudice. Any motion for leave to file an amended complaint must be accompanied by a proposed amended pleading (plus judge's and service copies).

**Docketing to mail notices.**

mjm