MHW

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
7-30-2008
JUL 3 0 2008   MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

PEDRO DIAZ,
    PLAINTIFF,

VS

JOHN SCHNIDER, ET. ALL,
    DEFENDANTS.

GEORGE M. MAROVICH
JUDGE PRESIDING

NAN NOLAN
MAGISTRATE JUDGE

CASE NO. 08-C-606

## MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT

PLAINTIFF, PEDRO DIAZ, PURSUANT TO RULE 15(a) AND 19(a), FED. R. CIV. P., REQUESTS LEAVE TO FILE A SECOND AMENDED COMPLAINT SEEKING TO INCLUDE SEVENTEEN ADDITIONAL DEFENDANTS.

1) PLAINTIFF'S ORIGINAL AND FIRST AMENDED COMPLAINTS NAMED THIRTY-SEVEN DEFENDANTS, OF WHICH THE COURT DISMISSED ALL BUT FIVE DEFENDANTS.

2) Plaintiff can demonstrate that the additional defendants are a party to plaintiff's claim.

3) Defendants violated plaintiff's rights by sentencing plaintiff to an unjust period of confinement in disciplinary segregation and the conditions of confinement were inhumane.

4) The second amended complaint will reflect the identity and actions of the additional defendants.

5) The additional defendants, and their actions, were a part of a single series of occurrances. Fed. R. Civ. P. 20(a)

6) This court should grant leave freely to amend a complaint. Foman v. Davis, 371 U.S. 178 (1962)

Respectfully submitted,

/s/ _____

Pedro Diaz B46669

Plaintiff - Pro Se

P.O. Box 99

Pontiac, IL. 61764