# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | GEORGE M. MAROVICH | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 0606 | **DATE** | 8/27/2008 |
| **CASE TITLE** | Pedro Díaz (#B-46669) vs. Rod R. Blagojevich, et al. | | |

**DOCKET ENTRY TEXT:**

The plaintiff's renewed motion for leave to file a second amended complaint (#20) is denied. The proposed amended complaint asserts multiple claims against twenty-three defendants. The court has repeatedly advised the plaintiff that he must file separate lawsuits regarding each, unrelated claim; distinct claims against multiple defendants cannot be joined in a single suit. *See George v. Smith*, 507 F.3d 605, 607 (7th Cir. 2007); Fed. R. Civ. P. 18(a); Minute Orders of March 13, 2008, and May 14, 2008. In the context of this lawsuit, the plaintiff is limited to pursuing his claim that the conditions of his confinement in the segregation unit in March 2006 were inhumane.

**Docketing to mail notices.**

mjm