IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PEDRO DIAZ, #B-46669 | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 606 |
| | ) | |
| v. | ) | Hon. George M. Marovich |
| | ) | Judge Presiding |
| ROD R. BLAGOVICH, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT**

NOW COME the Defendants, JOHN SCHNEIDER, HECTOR QUINTERO, CHRISTOPHER ROSS, CHRISTOPHER CARTWRIGHT and GERARDO LARA, by and through their attorney, LISA MADIGAN, Attorney General of the State of Illinois, to hereby answer Plaintiff's Complaint at Law pursuant to the provisions of the Prisoner Litigation Reform Act, 42 U.S.C. Section 1997 (e)(g), and do hereby waive filing an Answer pursuant to the Act. However, pursuant to the Act, this waiver does not constitute an admission to the claims and allegations of the plaintiff's complaint.

Respectfully submitted,

LISA MADIGAN
Attorney General of Illinois

By:  s/James P. Doran
JAMES P. DORAN
Assistant Attorney General
General Law Bureau
100 West Randolph Street, 13th Fl.
Chicago, Illinois  60601
(312) 814-7202