IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PEDRO DIAZ, #B-46669 | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 606 |
| | ) | |
| v. | ) | Hon. George M. Marovich |
| | ) | Judge Presiding |
| ROD R. BLAGOVICH, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF FILING**

TO:  Pedro Diaz, B-46669
     Pontiac Correctional Center
     P.O. Box 99
     Pontiac, Illinois 61764

PLEASE TAKE NOTICE that on September 3, 2008, the attached **DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT** was filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois 60604, a copy of which is herewith served upon you.

LISA MADIGAN
Attorney General of Illinois          By:   s/James P. Doran
                                            JAMES P. DORAN
                                            Assistant Attorney General
                                            General Law Bureau
                                            100 W. Randolph St., 13th Fl.
                                            Chicago, Illinois 60601
                                            (312) 814-7202

**CERTIFICATE OF SERVICE**

The undersigned being duly sworn upon oath deposes and states that a copy of the foregoing was served upon the above named at the address indicated by **U.S. MAIL** on September 3, 2008.

                                            s/James P. Doran